USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 4/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

DASHAWN HAWKINS,

Defendant.

--------------------------------------------------------------X

1: 16-cr-691-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 6, 2020, Defendant Dashawn Hawkins submitted a motion pursuant to Federal Rule of Criminal Procedure 41(g). Dkt No. 102. The Government is directed to respond to the motion no later than April 21, 2020.

Counsel for the Government is directed to mail a copy of this order to Defendant by first-class mail and to file proof of service.

SO ORDERED.

Dated: April 7, 2020
New York, New York

GREGORY H. WOODS
United States District Judge